IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DESEAN L. BARKER,

    Defendant.

Case No. 3:09-CR-65(5)

JUDGE WALTER H. RICE

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF PROBATION, REVOKING SAME AND IMPOSING SENTENCE, WITH A PERIOD OF SUPERVISED RELEASE TO FOLLOW UPON CERTAIN CONDITIONS; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On December 27, 2012, the Defendant, having previously been found in violation of his probation which began December 17, 2009, appeared in open court for final disposition. Based upon the record made in open court on December 27, 2012, the Defendant's probation was revoked and he was remanded to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of three months, with a three-year period of supervised release, subject to all undischarged conditions of his probation which was granted December 17, 2009, subject to his full compliance with all conditions of his state court probation and, further, that he enroll in a course of behavioral modification therapy, either at Nova House or through the MRT counseling offered through the United States Probation Department in Dayton.

This Court recommends to the Bureau of Prisons that Defendant be given credit for all allowable presentence jail time, that he be designated as close to his home in the Dayton, Ohio

area as is possible, consistent with his security status, and that he receive the benefit of any behavioral modification treatment available in his designated location.

Following the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

Voluntary surrender was ordered.

The captioned matter is ordered terminated on the docket records of the United States District Court, Southern Division at Dayton.

January 2, 2013

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Marquita Howard, U.S. Probation Officer